# In the United States Court of Federal Claims

**No. 04-1597T**
**Filed: October 29, 2007**

DAVID D. FAGERLAND and
JOYCE N. FAGERLAND

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge George W. Miller**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop
Brian Bishop, Clerk